UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHARON BROCKBANK, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>U.S. BANCORP, a Delaware corporation, d/b/a U.S. BANK,<br><br>　　　　　Defendant. | Civil No. 09-00037-EJL<br><br>**JUDGMENT** |

　　　Based upon this Court's Memorandum Order, entered herewith, and the Court being fully advised in the premises;

　　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendant and this matter is **DISMISSED IN ITS ENTIRETY WITH PREJUDICE**.

DATED: **June 24, 2011**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - 1